Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, an individual,<br><br>          Plaintiff,<br>     v.<br><br>THE WINERY LP d/b/a THE WINERY RESTAURANT & WINE BAR, a California limited partnership; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.: 2:22-cv-07833-DSF-JC<br><br>*Assigned to Judge Dale S. Fisher*<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Complaint filed: October 27, 2022<br>Trial Date:      None Set |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Crystal Redick request that this Court enter a dismissal of the entire case, including all claims and causes of action, with prejudice in the above-entitled action. Each party shall bear her or its own fees and costs.

Dated: December 8, 2022     **WILSHIRE LAW FIRM, PLC**

*/s/ Binyamin I. Manoucheri*
Thiago M. Coelho
Binyamin I. Manoucheri
*Attorneys for Plaintiff*

2
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**